# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**TWO D'S KOSHER STYLE RESTAURANT, INC.,**
Appellant,

v.

**ENERGY RESOURCE SERVICES, INC., LEWIS FLAKOWITZ, ET AL.,**
Appellees.

No. 4D16-4156

[November 16, 2017]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Richard L. Oftedal, Judge; L.T. Case No. 2016CA002356XXXXMB.

Jeffrey M. Siskind, for appellant.

Bruce A. Weil and Kristina M. Infante of Boies Schiller Flexner LLP, for appellee.

PER CURIAM.

*Affirmed.*

LEVINE, FORST and KUNTZ, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***